# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### _____ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2010

JAMES W. McCORMACK, CLERK
By: S. Davis
DEP CLERK

CARL JOHNSON )
_____ )
320 HWY 425 )
_____ )
PINE BLUFF, ARKANSAS 71601 )
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
 )
 )
 )
 - VS - )
U.S. FOOD SERVICE, INC. )
_____ )
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA )
_____ )
WORKERS COMPENSATIONS, SECOND INJURY FUND )
_____ )
 )
 )
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. 4:10cv 726 BSM
(To be assigned by Clerk
of District Court)

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

That the Administrative Law Judge erred in opining that Carl Johnson failed to prove by a preponderance of the evidence that he is entitled to additional medical treatment and total disability for his compensable lower left back as well as his compensable left shoulder injury. The Full Commission erred in opining that Carl Johnson did not prove he substained a compensable injury to his left shoulder and lower left back, saying that Mr. Johnson felt [sic] instead of what it really is, [injuries]. Also for denying and dismissing Mr. Johnson's claim for a Non-Contact positive drug test. Ark. Code Ann 11-9-102 [16]. To prove the occurrence of a compensable injury as a result of a specific incident which is identifiable by time and place of occurrence, the claimant must establish by a preponderance of the evidence; [1] that a injury occurred arising out of and in the scope of employment; [2] that the injury caused internal harm to the body, which required medical services or resulted in disability or dealth.

II.    Plaintiff, CARL JOHNSON _____ resides at

320 HWY 425 , PINE BLUFF , JEFFERSON ,
street address          city           county

ARKANSAS , 71601 , 501-8387146 .
state      zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.   Defendant, U.S. Food Service lives at, or its business is located at

800 Fiber Optic Dr. , N.L.R. , Pulaski ,
street address           city        county

Arkansas , 72117 .
state      zip code

(if more than one defendant, provide the same information for each defendant below)

Indemnity Insurance Company of North America
Ar. Workers' Compensation Commission
324 Spring Street
P.O. Box 950
Little Rock, Ar. 72203
Second Injury Fund same address as Workers' Compensation Commission

2

IV.	Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

```
On September 21,2007,Carl Johnson was making a delivery at one of his
stops,almost finished with that stop reach down to pick up one of the last two
boxes of meat and felt a sharp pain in his left shoulder and also in his lower
left side of his back. He then called U.S. Food and ask for Mr. Sheppard to ask
Mr.Sheppard to meet him at his next stop.After Mr.Sheppard met Mr.JOHNSON at the
next delivery stop,he then drove Mr.Johnson back to U.S. Food where they
completed paperwork.After finishing the paperwork,Mr.Johnson then drove himself
to Concentra for medical treatment.After having problems with the prescribed
medication,he went to Human Resources seeking a incident report to take to
Dr.Betton,After sitting in the Resources office for two hour and not getting
anything Mr.Johnson went on to Dr.Betton office.Dr.Betton place him on off
duty-status until he could get a MRI or the shoulder and back.Mr.Johnson took the
off-duty status report to U.S.Food and drove home.After getting the results of
the MRI to the shoulder and taking it back to Dr.Betton,Mr.Johnson was still
placed on off-duty status and when he went to take the off-duty status report to
U.S.Food in return Mr.Johnson was giving a letter of termination because of a
Non-Contact positive drug test.
```

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

```
In conclusion,the claimant did prove he substained compensable injuries to his
left shoulder and also his lower left back.The Claimant asks for a change of
physician.The evidence before this court does show that Mr.Johnson needing more
treatment is reasonably necessary in connection with the compensable injuries.The
claimant remains totally disabled and is intitled to temporary total disability
for his unshcheduled injuries.
```

VI.  **MONEY DAMAGES:**

   A)   Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [X]        NO [ ]

   B)   If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

```
The claimant is intitled to teporary total disability from September
21,2007 less the offset for unemployment benefits drawn,and the five
months worked as a driver for Davis Heavy Hauling,Mr.Johnson should also
receive what ever benefits due from a 2003 injury that was never paid.
```

VII.  Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [X]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of June, 20 10

*Carl Johnson*
*Carl Johnson*
Signature of Plaintiff(s)

4