UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARL JOHNSON**                                                         **PLAINTIFF**

**v.**                  **CASE NO. 4:10cv00726 BSM/JTK**

**US FOOD SERVICE, INC., INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA,
ARKANSAS WORKERS' COMPENSATION
COMMISSION SECOND INJURY FUND**                  **DEFENDANTS**

## ORDER

Proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful review of the findings and recommendations, as well as a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in all respects in their entirety. Judgment shall be entered accordingly.

IT IS SO ORDERED this 16th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE