UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARL JOHNSON**                                                        **PLAINTIFF**

**v.**                **CASE NO. 4:10cv00726 BSM/JTK**

**US FOOD SERVICE, INC., INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA,
ARKANSAS WORKERS' COMPENSATION
COMMISSION SECOND INJURY FUND**              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this case today, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED.

SO ADJUDGED this 16th day of September, 2010.

                                             _____
                                             UNITED STATES DISTRICT JUDGE